UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   JS-6

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00528-CAS-Ex | Date | March 21, 2022 |
| Title | FRONTIER PROPERTIES LLC v. SOLANGE RUTLEDGE ET AL. | | |

Present: The Honorable   CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION

On December 10, 2021, plaintiff Frontier Properties LLC filed an unlawful detainer action in Los Angeles County Superior Court against defendants Solange Rutledge, DBA One Step Forward, Inc., and Does 1-10. Dkt. 1 ("Removal") at 3-8. On January 25, 2022, Rutledge filed a notice of removal on the basis of purported federal question jurisdiction. Id. ¶ 1.

On February 14, 2022, the Court ordered Rutledge to show cause, on or before March 7, 2022, why the action should not be remanded to the Superior Court for lack of subject matter jurisdiction. See Dkt. 7. As outlined in the Court's February 14, 2022 order to show cause, plaintiff's complaint states a single cause of action for unlawful detainer, but "[u]nlawful detainer actions are strictly within the province of state court." Fed. Nat'l Mortg. Assoc. v. Suarez, No. 1:11-cv-01225 LJO GSA, 2011 U.S. Dist. LEXIS 82300, at *6 (E.D. Cal. July 27, 2011); see also Rancho Horizon, LLC v. Danielyan, No. CV 13-9365 FMO JCX, 2014 WL 309592, at *1 (C.D. Cal. Jan. 28, 2014) ("[T]here is no basis for federal question jurisdiction, as the state court complaint contains a single cause of action for unlawful detainer."); Wescom Credit Union v. Dudley, No. CV 10-8203 GAF SSX, 2010 WL 4916578, at *2 (C.D. Cal. Nov. 22, 2010) ("An unlawful detainer action does not arise under federal law.").

To date, Rutledge has not responded to the Court's February 14, 2022 order to show cause. See L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Accordingly, and for the reasons outlined in the Court's February 14, 2022

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

| Case No. | 2:22-cv-00528-CAS-Ex | Date | March 21, 2022 |
|---|---|---|---|
| Title | FRONTIER PROPERTIES LLC v. SOLANGE RUTLEDGE ET AL. | | |

order to show cause, the Court **REMANDS** this case to Los Angeles County Superior Court, as the Court lacks subject matter jurisdiction over this action.

IT IS SO ORDERED.

Initials of Preparer   00 : 00
CMJ